1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                            SAN JOSE DIVISION

12  AYLEEN A. AUGUSTINE,            )    Case No.: C 10-4111 PVT
                                    )
13              Plaintiff,          )    **ORDER SETTING DEADLINE FOR PARTIES**
        v.                          )    **TO FILE EITHER A "CONSENT TO**
14                                  )    **PROCEED BEFORE A UNITED STATES**
    AMERICAN HOME MORTGAGE          )    **MAGISTRATE JUDGE," OR ELSE A**
15  SERVICING, INC., et al.,        )    **"DECLINATION TO PROCEED BEFORE A**
                                    )    **UNITED STATES MAGISTRATE JUDGE AND**
16              Defendants.         )    **REQUEST FOR REASSIGNMENT"**
    _____ )
17

18      On September 21, 2010, defendant American Home Mortgage Servicing, Inc. moved to

19  dismiss pursuant to Rule 12(b)(6). ("AHMS"). Alternatively, defendant AMHS moved for a more

20  definite statement, and/or to strike portions of the complaint. This case has been assigned to a

21  Magistrate Judge. Before the court takes any action on the motion to dismiss, the court must

22  determine whether or not all of the parties who have appeared consent to Magistrate Judge

23  jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

24      IT IS HEREBY ORDERED that no later than October 4, 2010, each party who has not

25  already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or

26  else a "Declination to Proceed Before a United States Magistrate Judge and Request for

27  Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)

28

ORDER, *page 1*

1  section of the court's website at www.cand.uscourts.gov.

2  Dated:   September 28, 2010

3  _____
PATRICIA V. TRUMBULL
4  United States Magistrate Judge