UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AYLEEN A. AUGUSTINE, | ) | Case No.: C 10-04111 PVT |
| Plaintiff, | ) | |
| v. | ) | **ORDER FOR REASSIGNMENT TO A DISTRICT COURT JUDGE** |
| AMERICAN HOME MORTGAGE SERVICING, INC., | ) ) ) | |
| Defendant. | ) | |
| _____ | ) | |

On September 21, 2010, defendant American Home Mortgage Servicing, Inc. moved to dismiss pursuant to Rule 12(b)(6). On September 28, 2010, this court ordered that the parties file either a "consent to proceed before a United States Magistrate Judge," or else a "declination to proceed before a United States Magistrate Judge and request for reassignment" no later than October 4, 2010. ("October 4, 2010 Order"). All of the parties have not consented (or otherwise responded to the October 4, 2010 Order) to jurisdiction of this court. Accordingly, the above-captioned action shall be reassigned to a district court judge.

IT IS SO ORDERED.

Dated: October 12, 2010

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*