IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Ayleen Augustine, | NO. C 10-04111 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE; REASSIGNING CASE TO A MAGISTRATE JUDGE** |
| v. | |
| American Home Mortg. Serv., Inc., et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on November 29, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (See Docket Item No. 13.) In their Joint Statement, the parties declare that they consent to proceed before a magistrate judge for all purposes. (Id.)

In light of the parties' consent, the Case Management is VACATED and the Clerk of Court shall reassign this case to the appropriate magistrate judge.

Dated: November 22, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Robin Prema Wright rwright@wrightlegal.net
T. Robert Finlay rfinlay@wrightlegal.net

Dennis Michael Sacks
P. O. Box 1474
Riverside, CA 92502

| | |
|---|---|
| **Dated:  November 22, 2010** | **Richard W. Wieking, Clerk** |
| | By: /s/ JW Chambers<br>**Elizabeth Garcia**<br>**Courtroom Deputy** |