1
2
3
4
5
6
7
8

9                   UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                          SAN JOSE DIVISION
12

13  AYLEEN A. AUGUSTINE,                )   Case No.: C-10-04111 PSG
                                        )
14            Plaintiff,                )   **ORDER VACATING JANUARY 25,**
      v.                                )   **2011 HEARING;**
15                                      )
    AMERICAN HOME MORTGAGE              )   **ORDER TO SHOW CAUSE**
16  SERVICING, INC., ET AL.,            )
                                        )
17            Defendants.               )
    _____)
18

    On December 9, 2010, Defendant American Home Mortgage Servicing, Inc. re-noticed
19
    the hearing on its motion to dismiss for January 25, 2011. Pursuant to Civ. L.R. 7-3(a), an
20
    opposition was due no later than January 4, 2011. To date, no opposition, or other response, to
21
    the motion to dismiss has been filed. Having reviewed the file,
22
    IT IS HEREBY ORDERED that the hearing scheduled to be held on January 25, 2011 is
23
    vacated.
24
    IT IS FURTHER ORDERED that Plaintiff Ayleen A. Augustine is ordered to show cause
25
    in writing no later than January 25, 2011 why the case should not be dismissed for failure to
26
27
28

1  prosecute.
2      Failure to comply with this order may result in dismissal of the action pursuant to Federal
3  Rule of Civil Procedure 41(b).
4      IT IS SO ORDERED.

Dated:    January 18, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 2*