UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AYLEEN A. AUGUSTINE, <br><br> Plaintiff, <br> v. <br><br> AMERICAN HOME MORTGAGE SERVICING, INC., ET AL., <br><br> Defendants. | Case No.: C-10-04111 PSG <br><br> **ORDER DISMISSING CASE** |

     In light of Plaintiff Ayleen A. Augustine's past failure to oppose, or otherwise respond to, a motion to dismiss, the court ordered her to show cause in writing no later than January 25, 2011 why the case should not be dismissed for failure to prosecute. *See* Order Vacating January 25, 2011 Hearing; Order to Show Cause dated January 18, 2011. To date, Ms. Augustine has not responded whatsoever. Accordingly,

     IT IS HEREBY ORDERED that the case is dismissed and the Clerk of the Court shall

1  close the file.

2      IT IS SO ORDERED.

3  Dated:   January 28, 2011

*[signature: Paul S. Grewal]*

                PAUL S. GREWAL
                United States Magistrate Judge